IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

MARGITA M. CLARK,                        )
                                         )
             Plaintiff,                  )      TC-MD 130375C
                                         )
       v.                                )
                                         )
DEPARTMENT OF REVENUE,                   )
State of Oregon,                         )
                                         )
             Defendant.                  )      **DECISION OF DISMISSAL**

       This matter is before the court on Defendant's Motion to Dismiss on the ground that

Plaintiff failed to appeal within the 90 days required by ORS 305.280(2).

       A review of Plaintiff's materials shows the Notice of Deficiency Assessment was mailed

to Plaintiff on January 25, 2013.  The Complaint was filed on June 5, 2013 (postmarked

June 4, 2013).  This interval is 40 days longer than the 90 days required by ORS 305.280(2),

which provides:

> "An appeal under ORS 323.416 or 323.623 or from any notice of assessment or
> refund denial issued by the Department of Revenue with respect to a tax imposed
> under ORS chapter 118, 308, 308A, 310, 314, 316, 317, 318, 321 or this chapter,
> or collected pursuant to ORS 305.620, shall be filed within 90 days after the date
> of the notice.  An appeal from a proposed adjustment under ORS 305.270 shall be
> filed within 90 days after the date the notice of adjustment is final."

       The court is not aware of any circumstances that extend the statutory limit of 90 days.

Defendant's Motion to Dismiss is granted.  Now, therefore,

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that Defendant's Motion to Dismiss is allowed.

The Complaint is dismissed.

Dated this ____ day of July 2013.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision was signed by Magistrate Dan Robinson on July 29, 2013. The court filed and entered this Decision on July 29, 2013.*